afford immunity from prosecution in jurisdictions other than New York, nevertheless, if the questions propounded to the witness have any tendency to elicit answers which might subject him to criminal prosecutions in other jurisdictions, it is the duty of the court, as indicated in the *Carchietta* opinion, to uphold him in his refusal to answer. Otherwise, it is the duty of the court to compel him to answer. To this end, the court should and will use every appropriate and necessary coercive measure. The matter is entirely in the hands of the witness.

The witness is accordingly directed to answer any and all questions concerning " any and all acts  *  *  * committed or omitted, in the County of Richmond, in violation of any provisions of law relating to gambling, bribery and corruption ", as well as any other crimes specified in the executive order directing the present inquiry.

URY GERTSENSTEIN, Appellant, *v.* PENINSULAR & ORIENTAL STEAM NAVIGATION Co., Respondent.

Supreme Court, Appellate Term, First Department, May 14, 1953.

*Norman Coplan* and *Philip Weinstein* for appellant.

*Leonard S. Leaman* for respondent.

Order affirmed, with $10 costs and disbursements.

Concur: HOFSTADTER, EDER and SCHREIBER, JJ.